## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | MJ NO. 22-MJ-205 |
| v. | : | |
| | : | |
| **ALAN SCOTT CULBERTSON,** | : | VIOLATION: |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Unlawful Parading, Demonstrating, or** |
| | : | **Picketing in a Capitol Building)** |
| | : | |
| **Defendant.** | | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **ALAN SCOTT CULBERTSON,** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Michael M. Gordon*
Michael M. Gordon
Assistant United States Attorney
Florida Bar No. 1026025
Assistant United States Attorney, Detailee
United States Attorney's Office
For the District of Columbia
Telephone No. (813) 274-6370
michael.gordon3@usdoj.gov