CLOSED

# U.S. District Court
## District of South Carolina (Greenville)
## CRIMINAL DOCKET FOR CASE #: 6:22-cr-00815-JDA-3

Case title: USA v. Gallman

Date Filed: 09/27/2022

Date Terminated: 10/24/2022

---

Assigned to: Magistrate Judge Jacquelyn D Austin

### Defendant (3)

**Alan Scott Culbertson**
*TERMINATED: 10/24/2022*

represented by **Lora Collins Blanchard**
Federal Public Defender's Office (Gvle)
Two Liberty Square
75 Beattie Place
Suite 950
Greenville, SC 29601
864-235-8714
Fax: 864-233-0188
Email: lora_blanchard@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Steven M Hisker**
Steven M Hisker Law Office
126 E Main Street
Duncan, SC 29334
864-921-1432
Fax: 864-439-0642
Email: SteveHisker@Gmail.com
*TERMINATED: 10/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:1752(a)(1) ENTERING AND REMAINING IN A RESTRICTED BUILDING OR GROUNDS; 18:1752(a)(2) DISORDERLY AND DISRUPTIVE CONDUCT IN A RESTRICTED BUILDING OR GROUNDS; 40:5104(e)(2) (D) DISORDERLY CONDUCT IN A CAPITOL BUILDING; 40:5104(e)(2)(G) PARADING, DEMONSTRATING, OR PICKETING IN A CAPITOL BUILDING | |

**Plaintiff**

USA   represented by   **Maxwell Barnes Cauthen , III**
US Attorneys Office (Gville)
55 Beattie Place
Suite 700
Greenville, SC 29601
864-282-2113
Fax: 864-233-3158
Email: max.cauthen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2022 | 5 | **Order to Seal Documents as to William John Wyatt Gallman, Joel Leann Gallman, Alan Scott Culbertson.. Signed by Magistrate Judge G. Michael Harvey on 9/16/22. (jtho, ) (Entered: 09/27/2022)** |
| 09/27/2022 | 7 | **Oral Order to Unseal Complaint as to William John Wyatt Gallman, Joel Leann Gallman, Alan Scott Culbertson upon oral motion of USA. Signed by Magistrate Judge Jacquelyn D Austin on 9/27/22.(jtho, ) (Entered: 09/27/2022)** |
| 10/17/2022 | 35 | NOTICE OF HEARING as to Alan Scott Culbertson: Initial Appearance - Rule 40 set for 10/24/2022 11:00 AM in Greenville #3200, Carroll A Campbell Jr Courthouse, 250 East North St, Greenville before Magistrate Judge Jacquelyn D Austin. **The defendant is to self-surrender the the USMS not later than 10:15 10/24/22.(jtho, ) (Entered: 10/17/2022) |
| 10/24/2022 | 38 | Arrest (Rule 40) of Alan Scott Culbertson. (jtho, ) (Entered: 10/24/2022) |
| 10/24/2022 | 39 | **Minute Entry for proceedings held before Magistrate Judge Jacquelyn D Austin: Initial Appearance in Rule 5(c)(3) Proceedings as to Alan Scott Culbertson held on** |

| | | |
|---|---|---|
| | | 10/24/2022. The defendant is present in custody with AFPD Benjamin Stepp and waives reading of charges, penalties reviewed on the record by AUSA Max Cauthen. Oral Rule 5(f) Order. Attorney Steven Hisker appointed and is to inform the court by 10/28/22 if the defendant wants to have a preliminary hearing. Bond set at $25,000.00 unsecured with standard conditions. The United States Probation Office is to contact pretrial services in DC today while meeting with the defendant to determine next court date. Court Reporter Court Smart 3200 Angela Lewis. (jtho, ) (Entered: 10/24/2022) |
| 10/24/2022 | 40 | **TEXT CJA 20 as to Alan Scott Culberton: Appointment of Attorney Steven M Hisker. Signed by Magistrate Judge Jacquelyn D Austin on 10/24/22.(jtho, ) (Entered: 10/24/2022)** |
| 10/24/2022 | 41 | **ORDER Setting Conditions of Release as to Alan Scott Culberston (3): $25,000.00 unsecured with standard conditions. Signed by Magistrate Judge Jacquelyn D Austin on 10/24/22.(jtho, ) (Entered: 10/24/2022)** |
| 10/24/2022 | 42 | Unsecured Bond Entered as to Alan Scott Culbertson in amount of $ $25,000.00. (jtho, ) (Entered: 10/24/2022) |
| 10/24/2022 | 44 | **FRCrP 5(f) DISCLOSURE ORDER as to Alan Scott Culbertson. Signed by Magistrate Judge Jacquelyn D Austin on 10/24/22.(jtho, ) (Entered: 10/24/2022)** |
| 10/24/2022 | 45 | Warrant Returned Executed on 10/24/22 in case as to Alan Scott Culbertson. (jtho, ) (Entered: 10/24/2022) |
| 10/24/2022 | 47 | CJA 23 Financial Affidavit (Restricted Access) by Alan Scott Culbertson. (jtho, ) (Entered: 10/24/2022) |
| 10/24/2022 | 49 | Rule 5c3 Documents Received as to Alan Scott Culbertson. (Attachments: # 1 Affidavit) (jtho, ) (Entered: 10/24/2022) |
| 10/28/2022 | 52 | **TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER Lora Collins Blanchard for Alan Scott Culbertson. Signed by Magistrate Judge Jacquelyn D Austin on 10/28/22.(jtho, ) (Entered: 10/28/2022)** |
| 10/28/2022 | 53 | **TEXT CJA 7 as to Alan Scott Culbertson - Order Terminating Appointment of attorney Steven M Hisker. Signed by Magistrate Judge Jacquelyn D Austin on 10/28/22.(jtho, ) (Entered: 10/28/2022)** |
| 10/28/2022 | 54 | **TEXT ORDER as to Alan Scott Culbertson: defense counsel is to inform the court by 11/2/22 if the defendant requests to have a preliminary hearing. Signed by Magistrate Judge Jacquelyn D Austin on 10/28/22.(jtho, ) (Entered: 10/28/2022)** |
| 11/02/2022 | 57 | WAIVER of Preliminary Hearing by Alan Scott Culbertson. (jtho, ) (Entered: 11/02/2022) |
| 03/23/2023 | 58 | MOTION to Modify Conditions of Release by Alan Scott Culbertson. No proposed order(Blanchard, Lora) (Entered: 03/23/2023) |
| 03/24/2023 | 59 | **TEXT ORDER as to Alan Scott Culbertson (3) granting 58 Motion to modify conditions of bond. Conditions prohibiting Defendant Culbertson from communicating and having contact with the Gallman Defendants are terminated. Defendant Culbertson is reminded, however, that he and the Gallman Defendants are not to discuss the case currently pending against them with each other. Signed by Magistrate Judge Jacquelyn D Austin on 3/24/23.(jtho, ) (Entered: 03/24/2023)** |

CLOSED

# U.S. District Court
## District of South Carolina (Greenville)
## CRIMINAL DOCKET FOR CASE #: 6:22-cr-00815-JDA-3

Case title: USA v. Gallman

Date Filed: 09/27/2022

Date Terminated: 10/24/2022

---

Assigned to: Magistrate Judge Jacquelyn D Austin

**Defendant (3)**

| | |
|---|---|
| **Alan Scott Culbertson**<br>*TERMINATED: 10/24/2022* | represented by **Steven M Hisker**<br>Steven M Hisker Law Office<br>126 E Main Street<br>Duncan, SC 29334<br>864-921-1432<br>Fax: 864-439-0642<br>Email: SteveHisker@Gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752(a)(1) ENTERING AND REMAINING IN A RESTRICTED BUILDING OR GROUNDS; 18:1752(a)(2) DISORDERLY AND DISRUPTIVE CONDUCT IN A RESTRICTED BUILDING OR | |

GROUNDS; 40:5104(e)(2)(D)
DISORDERLY CONDUCT IN A
CAPITOL BUILDING; 40:5104(e)(2)(G)
PARADING, DEMONSTRATING, OR
PICKETING IN A CAPITOL BUILDING

**Plaintiff**

USA            represented by **Maxwell Barnes Cauthen , III**
                                         US Attorneys Office (Gville)
                                         55 Beattie Place
                                         Suite 700
                                         Greenville, SC 29601
                                         864-282-2113
                                         Fax: 864-233-3158
                                         Email: max.cauthen@usdoj.gov
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2022 | 5 | Order to Seal Documents as to William John Wyatt Gallman, Joei Leann Gallman, Alan Scott Culbertson.. Signed by Magistrate Judge G. Michael Harvey on 9/16/22.(jtho, ) (Entered: 09/27/2022) |
| 09/27/2022 | 7 | Oral Order to Unseal Complaint as to William John Wyatt Gallman, Joei Leann Gallman, Alan Scott Culbertson upon oral motion of USA. Signed by Magistrate Judge Jacquelyn D Austin on 9/27/22.(jtho, ) (Entered: 09/27/2022) |
| 10/17/2022 | 35 | NOTICE OF HEARING as to Alan Scott Culbertson: Initial Appearance - Rule 40 set for 10/24/2022 11:00 AM in Greenville #3200, Carroll A Campbell Jr Courthouse, 250 East North St, Greenville before Magistrate Judge Jacquelyn D Austin. **The defendant is to self-surrender the the USMS not later than 10:15 10/24/22.(jtho, ) (Entered: 10/17/2022) |
| 10/24/2022 | 38 | Arrest (Rule 40) of Alan Scott Culbertson. (jtho, ) (Entered: 10/24/2022) |
| 10/24/2022 | 39 | Minute Entry for proceedings held before Magistrate Judge Jacquelyn D Austin: Initial Appearance in Rule 5(c)(3) Proceedings as to Alan Scott Culbertson held on 10/24/2022. The defendant is present in custody with AFPD Benjamin Stepp and waives reading of charges, penalties reviewed on the record by AUSA Max Cauthen. Oral Rule 5(f) Order. Attorney Steven Hisker appointed and is to inform the court by 10/28/22 if the defendant wants to have a preliminary hearing. Bond set at $25,000.00 unsecured with standard conditions. The United States Probation Office is to contact pretrial services in DC today while meeting with the defendant to determine next court date. Court Reporter Court Smart 3200 Angela Lewis. (jtho, ) (Entered: 10/24/2022) |

| 10/24/2022 | 40 | **TEXT CJA 20 as to Alan Scott Culbertson: Appointment of Attorney Steven M Hisker. Signed by Magistrate Judge Jacquelyn D Austin on 10/24/22.**(jtho, ) (Entered: 10/24/2022) |
|---|---|---|
| 10/24/2022 | 41 | **ORDER Setting Conditions of Release as to Alan Scott Culbertson (3): $25,000.00 unsecured with standard conditions. Signed by Magistrate Judge Jacquelyn D Austin on 10/24/22.**(jtho, ) (Entered: 10/24/2022) |
| 10/24/2022 | 42 | Unsecured Bond Entered as to Alan Scott Culbertson in amount of $ $25,000.00. (jtho, ) (Entered: 10/24/2022) |
| 10/24/2022 | 44 | **FRCrP 5(f) DISCLOSURE ORDER as to Alan Scott Culbertson. Signed by Magistrate Judge Jacquelyn D Austin on 10/24/22.**(jtho, ) (Entered: 10/24/2022) |
| 10/24/2022 | 45 | Warrant Returned Executed on 10/24/22 in case as to Alan Scott Culbertson. (jtho, ) (Entered: 10/24/2022) |
| 10/24/2022 | 47 | CJA 23 Financial Affidavit (Restricted Access) by Alan Scott Culbertson. (jtho, ) (Entered: 10/24/2022) |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Alan Scott Culbertson<br><br>_____<br>Defendant | Case: 1:22-mj-205<br>Assigned To: Magistrate Judge G. Michael Harvey<br>Assign. Date: 9/16/2022<br>Description: Complaint with Arrest Warrant<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alan Scott Culbertson                                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: ___09/16/2022___

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.09.16 11:22:44 -04'00'

*Issuing's signature*

City and state:          Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* __9/16/22__ , and the person was arrested on *(date)* __10/24/22__<br>at *(city and state)* __Greenville, SC__ .<br><br>Date: __10/24/22__                    _____<br>                                                *Arresting officer's signature*<br><br>                                                Robert Locking - TFO<br>                                                *Printed name and title* |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia          6:22-mj-815-JDA

| United States of America | |
|---|---|
| v. | Case: 1:22-mj-205 |
| William John Wyatt Gallman, (03/29/1984) | Assigned To: Magistrate Judge G. Michael Harvey |
| Joei Leann Gallman, (03/14/1980) | Assign. Date: 9/16/2022 |
| Alan Scott Culbertson, (09/22/1963) | Description: Complaint with Arrest Warrant |
| | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Robert K. Gebing, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____09/16/2022_____

G. Michael Harvey    Digitally signed by G. Michael Harvey
Date: 2022.09.16 11:24:52 -04'00'

_____
*Judge's signature*

City and state:          Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

I, Task Force Officer ("TFO") Robert K. Gebing, Jr., am a deputy of the Anderson County Sheriff currently assigned to the Joint Terrorism Task Force ("JTTF") of the Federal Bureau of Investigation ("FBI"). Specifically, I am tasked with investigating criminal activity in and around the United States Capitol grounds ("the Capitol") on January 6, 2021. As a TFO for the FBI, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### IDENTIFICATION OF WILLIAM GALLMAN, JOEI GALLMAN, AND ALAN CULBERTSON AND THEIR INVOLVEMENT IN THE EVENTS OF JANUARY 6, 2021

According to records obtained through a search warrant that was served on Google, mobile devices associated with jwmachinefab@gmail.com, gallman8103@gmail.com, josiebell107@gmail.com, and scottculb753@gmail.com were unlawfully present inside the U.S. Capitol on January 6, 2021.[1]

Pursuant to legal process, Google provided law enforcement agents with further information for each of the above accounts. Those records revealed that:

1. The jwmachinefab@gmail.com account and the gallman8103@gmail.com account both used the same phone number, ▮▮▮▮-3690, as the recovery contact phone number in case the account user needed assistance or forgot his/her password;
2. The josiebell107@gmail.com account used ▮▮▮▮-0201 as the recovery contact phone number for the account; and
3. The scottculb753@gmail.com account used ▮▮▮▮-0823 as the recovery contact phone number for the account, which was registered to "Alan Culbertson" and billed to Alan S Culbertson of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Laurens, South Carolina 29645.

Agents determined that Verizon Wireless provided service for both the -3690 phone number and the -0201 phone number. Pursuant to subpoenas, Verizon Wireless provided law enforcement agents with subscriber information for both of the above accounts. Those records revealed that:

1. The subscriber for the -3690 phone number is John Gallman, doing business as JW Machine Fab LLC, ▮▮▮▮▮▮▮▮▮▮▮▮, Fountain Inn, SC; and
2. The subscriber for the -0201 phone number is John Gallman, located at the same address in Fountain Inn, SC; moreover, the -0201 account lists a business name of JW Machine Fab LLC and "JOSIE PHONE" as a contact name.

Agents determined that T-Mobile provided service for the -0823 phone number. Pursuant to a subpoena, T-Mobile provided law enforcement agents with subscriber information for the account linked to the -0823 number. Those records revealed that the -0823 number is subscribed to Alan Culbertson at the same address in South Carolina as the Google records associated with scottculb753@gmail.com.

---

[1] Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google Reports that its "maps display radius" reflects actual location of the covered device approximately 68% of the time.

Using the above subscriber information, agents searched South Carolina Department of Motor Vehicle records and found driver's license photographs of Alan Scott Culbertson, William John Wyatt Gallman, and Joei Leann Gallman. The South Carolina Department of Motor Vehicle records indicate that William Gallman, and Joei Gallman live together at the same address in Fountain Inn, South Carolina, and Alan Scott Culbertson lives at the Laurens, South Carolina address associated with his T-Mobile cell phone account.

Agents searched Facebook and found a publicly available profile for "Josie Bell Gallman." The profile picture for that account appears below:



*Figure 1: Facebook profile picture for "Josie Bell Gallman"*

I compared the "Josie Bell Gallman" Facebook profile picture to the South Carolina driver's license photographs of Joei Leann Gallman and William John Wyatt Gallman and determined that they show the same two people.

An FBI confidential source reviewed publicly available videos and photographs and found many images and videos showing William Gallman, Joei Gallman, and Alan Scott Culbertson together outside and inside the U.S. Capitol building on January 6, 2021. In several of the videos, people address Culbertson as "Scott," which I recognize to be his middle name.

3

Additionally, I reviewed footage from surveillance cameras mounted within the U.S. Capitol building, and body worn cameras (BWC) from Metropolitan Police Department (MPD) defending the U.S. Capitol on January 6, 2021, and found multiple videos and images showing William Gallman, Joei Gallman, and Alan Culbertson—separate and together—inside the U.S. Capitol building on January 6, 2021. Examples appear below in Figures 2-10.

I conducted non-custodial, voluntary interviews of William and Joei Gallman as part of my investigation. During those interviews, I showed William and Joei Gallman a screenshot from the U.S. Capitol interior surveillance footage and they admitted entering the U.S. Capitol building on January 6, 2021, walking throughout the building, and taking photographs along the way. In Figure 2 below, William Gallman identified himself as the man wearing the red hat and navy blue Carhartt sweatshirt. Joei Gallman identified herself as the woman wearing the red, white, and blue "Trump" stocking hat and the navy scarf with white stars. Joei Gallman confirmed that she commonly goes by the nickname "Josie."

Both William and Joei Gallman identified the man facing them, the one with short gray hair and glasses, as Culbertson and described him as a friend who went with them to the rally and the U.S. Capitol building. William Gallman provided the -0823 number as Culbertson's phone number.



0267 USCH 02 Upper House Door Interior
01/06/2021 19:55:28

*Figure 2: screenshot from U.S. Capitol interior surveillance footage[2]*

---

[2] The videos are timestamped in Universal Coordinated Time ("UTC"), which was five hours ahead of Eastern time on January 6, 2021. Accordingly, Figure 10 displays footage from 2:55:28 p.m. Eastern Standard Time.

4

Agents conducted a non-custodial, voluntary interview of Culbertson at his residence as part of this investigation. Culbertson admitted to traveling with the Gallmans to Washington D.C., attending the rally, entering the U.S. Capitol, and traveling throughout the building. Culbertson was shown several photographs drawn from interior U.S. Capitol surveillance footage and he identified himself in those photographs.

Collectively, Figures 3-10 trace William Gallman, Joei Gallman, and Alan Culbertson's activities on January 6, 2021.

First, the Gallmans and Culbertson attended the rally on the Ellipse, where they posed for a picture together. *See* Figure 3.



*Figure 3: Photograph of Culbertson and the Gallmans at the rally from josiebell107@gmail.com.*

They then proceeded to the U.S. Capitol, where they climbed to the Upper West Terrace. *See* Figure 4.

5



*Figure 4: Gallmans and Culbertson on the Upper West Terrace from Mr Moustachio, "DC 1-6-2021 Trump Rally," available at: https://www.youtube.com/watch?v=BstwCcmFWHs&t=71 at 1:10 (last accessed July 15, 2022).*

Interior U.S. Capitol surveillance footage shows that the Gallmans entered the U.S. Capitol building at approximately 2:20 p.m. *See* Figure 5.



*Figure 5: the Gallmans entering the U.S. Capitol building.*

6

Culberton entered shortly thereafter. *See* Figure 6.



*Figure 6: Culbertson entering the U.S. Capitol building.*

The Gallmans and Culbertson proceeded to travel throughout the U.S. Capitol building. As shown by interior U.S. Capitol building surveillance and police BWC footage, the Gallmans and Culbertson walked through the Rotunda and Statuary Hall, among other areas.



*Figure 7: William and Joei Gallman walking a hallway within the U.S. Capitol building.*

7



*Figure 8: the Gallmans and Culbertson inside the Rotunda of the U.S. Capitol building.*



*Figure 9: the Gallmans and Culbertson inside Statuary Hall.*

8

At approximately 2:55 p.m., after spending approximately 25 minutes inside, the Gallmans and Culbertson exited the U.S. Capitol building. *See* Figure 10; *see also* Figure 2 *supra*.



*Figure 10: the Gallmans and Culbertson exiting the U.S. Capitol building.*

Federal agents met a second time with both William Gallman and Culbertson at their respective residences. At these meetings, William Gallman and Culbertson allowed agents to photograph items of clothing that the Gallmans and Culbertson wore on January 6, 2021, and which appear in the photographs above. Figures 11 and 12 depict the shirt and jacket Culbertson wore and provided to agents.

   

*Figure 11*                                   *Figure 12*

9

Figures 13 and 14 show the navy blue Carhartt sweatshirt worn by William Gallman on January 6, 2021, and the red, white, and blue "Trump" hat worn by his wife, Joei Gallman, both of which were provided to the agents by William Gallman.

 

*Figure 13*                              *Figure 14*

Based on the foregoing, there is probable cause to believe that WILLIAM GALLMAN, JOEI GALLMAN, and ALAN CULBERTSON violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of 18 U.S.C. § 1752, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Additionally, there is probable cause to believe that WILLIAM GALLMAN, JOEI GALLMAN, and ALAN CULBERTSON violated 40 U.S.C. § 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Case 1:23-cr-00065-ABJ   Document 7   Filed 07/21/23   Page 19 of 26

_____
Task Force Officer Robert K. Gebing
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of September.

G. Michael Harvey  Digitally signed by G. Michael Harvey
Date: 2022.09.16 11:29:56 -04'00'
_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

11

AO 199A (Rev. 06/19) Order Setting Conditions of Release

Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT

### for the

### District of South Carolina

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   $6:22-815$ |
| Akon Scott Culbertson | ) | |
| _____Defendant_____ | ) | |

### ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

_____

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

$25,000.00 unsecured with standard conditions.

AO 199B (Rev. 12/20) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) **(6)** The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____

*Custodian* _____ *Date*

( ☑ ) **(7)** The defendant must:

( ☑ ) (a) submit to supervision by and report for supervision to the _____ ,

telephone number _____ , no later than _____ .

( ☑ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☑ ) (d) surrender any passport to:   Probation as Directed _____

( ☑ ) (e) not obtain a passport or other international travel document.

( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel:   Not to leave South Carolina and/or the state of _____ except with permission of the US Pretrial or Probation Officer.

( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☑ ) (k) not possess a firearm, destructive device, or other weapon.

( ☑ ) (l) not use alcohol ( ☐ ) at all ( ☑ ) excessively.

( ☑ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☑ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☑ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.

Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii)   Voice Recognition; or
  ( ☐ ) (iii)  Radio Frequency; or
  ( ☐ ) (iv)  GPS.

( ☑ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)  Remain under supervision of US Probation for the duration of this bond and follow any and all instructions given by the US Probation Officer.

Stay in touch with attorney.

AO 199C (Rev. 09/08) Advice of Penalties                                    Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

        (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

        (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

        (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

        (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __10|24|22__

s/ Jacquelyn D. Austin
_____
*Judicial Officer's Signature*

US Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Alan Scot Culbertson | ) Case No. 6:22-815 |
| _____Defendant_____ | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;
( X )    if convicted, to surrender to serve a sentence that the court may impose; or
( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

(X) (2) This is an unsecured bond of $ __25,000⁰⁰__ .

(   ) (3) This is a secured bond of $ _____ , secured by:

   (   ) (a) $ _____ , in cash deposited with the court.

   (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

   _____
   _____ .

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

   _____
   _____
   _____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Page 3

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: 10/24/22

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 10/24/22

**s/ Jacquelyn D. Austin**

_____
*Judge's signature*

AO 100A (Rev. 01/09)  Bail Information Sheet

# UNITED STATES DISTRICT COURT

### for the

### District of South Carolina

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Alan Scot Culbertson | ) Case No. ⅙:22-815 |
| *Defendant* | ) |
|  | ) |

## BAIL INFORMATION SHEET

*(Under Fed. R. Crim. P. 49.1, this form may only be filed in court if redacted or under seal.)*

**Defendant's information:**

*Name  _Allan Scott Culbertson_

*Date of birth:  _9-22-63_        *Social Security No.:  _249 37 0616_

Immigration status:  _American_          Alien Registration No.:  _____

*Home address  _259 Highland Ct_      *City and Zip  _Gray Court SC 29645_

_____  *Home/cell phone No(s)  _____

*Employer's name:  _Self_

*Employer's address  _259 highland Court  Gray Court SC 29645_

*Work phone No.:  _864 787 0823_  Length of employment:  _3_  ☐ months  ☑ years

Name, address, and phone number of any persons with whom defendant will live during pendency of the case:

_____

_____

Name, address, and phone number of any persons residing in the United States who will know how to contact defendant, aside from sureties on this bond:

_Robert Culbertson 246 1406_

_____

I swear under penalty of perjury that the above information is true.

_____

*Defendant's signature*

**Defendant's attorney information:**

Name:  _____    Phone(s):  _____

Address:  _____

| AUSA: _____ *(initials)* | Defendant's Attorney: _____ *(initials)* |
|---|---|