NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                         Criminal Number  1:23-cr-ABJ-1

**Alan Scott Culbertson**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

*Lora Blanchard*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Lora Blanchard**
(Attorney & Bar ID Number)
Federal Public Defender, District of South Carolina
(Firm Name)

**75 Beattie Place, Suite 950**
(Street Address)

**Greenville**         **SC**         **29601**
(City)              (State)         (Zip)

**(864) 235-8714**
(Telephone Number)