CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 23-CR-65 (ABJ)
)
ALAN SCOTT CULBERTSON )
)
)

**FILED**
**JUL 3 1 2023**
Clerk, U.S. District and Bankruptcy Courts

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

*/s/ Michael M. Gordon*
_____
Assistant United States attorney

Approved:

_____   Date: 7/31/2023

Amy B. Jackson

United States District Judge