IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-65-ABJ-1 |
| | ) | |
| vs. | ) | **DEFENDANT'S SENTENCING** |
| | ) | **MEMORANDUM** |
| ALAN SCOTT CULBERTSON | ) | |

Alan Scott Culbertson ("Culbertson"), by and through his undersigned attorney, respectfully submits this sentencing memorandum in connection with the above-captioned matter. For the reasons set forth in this memorandum, Culbertson respectfully requests that the Court impose a non-incarcerative sentence. Such a sentence would be "sufficient but not greater than necessary, to comply with the purposes set forth in paragraph (2) of" 18 U.S.C. § 3553(a). characteristics.

## I.    Background

On October 24, 2022, Culbertson was arrested in South Carolina on a Complaint issued in the United States District Court for the District of Columbia for his actions on January 6, 2021. ECF No. 8. An Information was filed on March 1, 2023, charging Culbertson with violating 40 U.S.C. § 5104(e)(2)(G) (Unlawful Parading, Demonstrating, or Picketing in the Capitol Building). ECF No. 5. That same date, he executed a Plea Agreement agreeing to plead guilty to the Information. ECF No. 12. Culbertson entered his guilty plea on July 31, 2023. ECF Nos. 12, 13.

## II.   Statutory Considerations – 18 U.S.C. § 3553(a)

Pursuant to 18 U.S.C. § 3553(a), a "court shall impose a sentence sufficient but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection." The purposes set forth in paragraph (2) include:

1

The need for the sentence imposed—

>   (A)   to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>   (B)   to afford adequate deterrence to criminal conduct;
>   (C)   to protect the public from further crimes of the defendant; and
>   (D)   to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

18 U.S.C. § 3553(a)(2).

In tailoring a sentence to comply with these purposes and in addition to consideration of those purposes, § 3553(a) states that a court:

> [S]hall consider—
>
>   (1)   the nature and circumstances of the offense and the history and characteristics of the defendant;
>   (2)   (set forth above)
>   (3)   the kinds of sentences available;
>   (4)   the kinds of sentence and sentencing range established [under the guidelines];
>   (5)   any pertinent policy statement [issued by the Sentencing Commission];
>   (6)   the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and
>   (7)   the need to provide restitution to any victims of the offense.

18 U.S.C. § 3553(a).

### III.   Nature and Circumstances of the Offense

Culbertson has no history of political involvement, but in January 2021, he traveled with his friends William and Joei Gallman to Washington, D.C. to attend former President Donald J. Trump's rally on the Ellipse. PSR ¶ 14. After the rally they marched to the U.S. Capitol. *Id.* They then followed the crowd into the U.S. Capitol building through the Senate Wing Door. PSR ¶ 15.

Culbertson walked from the Senate Wing Door to Statuary Hall and the Rotunda before exiting through the Senate Wing Door approximately twenty-five (25) minutes later.[1] PSR ¶ 16. While the Government describes Culbertson as having minimal remorse, he did tell FBI agents "that though he thought he was there to do the right thing, he should have run when he observed the mob getting increasingly aggressive." *Government's Sentencing Memorandum*, p. 12. Culbertson regrets his decision to travel to D.C. and his participation in the events that occurred on January 6, 2021. He has remorse for his involvement in those events and promptly accepted responsibility for his actions.

### IV.    History and Characteristics of the Defendant

Culbertson is 60 years old and resides in Gray Court, South Carolina. PSR p. 2. He was raised by both parents in the Upstate of South Carolina and had what he refers to as a "fair" childhood. PSR ¶ 33. While he reports that he did not suffer abuse or neglect, his father was an alcoholic and not often present. *Id.* The youngest of four children, Culbertson did poorly in school and had no support or accountability from his parents. PSR ¶¶ 33-34. At the age of 15, Culbertson withdrew from high school. PSR ¶ 48. He worked for a short time on a road crew, before ultimately becoming a professional painter like his father. PSR ¶¶ 33, 51-52.

Culbertson has one prior marriage, which resulted in the birth of his twin sons, Alan Blaze and Scotty Ray Culbertson. PSR ¶ 36. He also has a daughter, Morgan Fowler, from a prior relationship. *Id.* He maintains good relationships with all his children. *Id.* Morgan describes her dad as "dependable, hardworking, independent and caring" and advised that he takes care of others before himself. PSR ¶ 38. She noted that he has a particularly good relationship with her

---

[1] The Government's Sentencing Memorandum states this should be thirty-five (35) minutes. Counsel is unsure which is correct.

son. *Id.* Morgan stated that her dad "is trying to be a better man, better father, and better grandfather."

In September of 2022, Culbertson "was involved in a motorcycle collision that resulted in a spine/neck fracture, right orbital blowout, right nasal bone fracture, jaw fracture, and right elbow." PSR ¶ 40. He underwent two surgeries on his right elbow in September 2022 and had elbow reconstructive surgery in February 2023. *Id.* As a result of this accident, he experiences pain daily and has limited range of movement in his right arm. PSR ¶ 41. His ability to work as a painter has been severely affected by his medical issues and Culbertson is currently in the process of exploring disability. PSR ¶ 62.

There is reference in the PSR to Culbertson's alcohol use. Culbertson has not had an alcoholic beverage since September 2022. PSR ¶ 44. He has been active in Alcoholics Anonymous ("AA") for more than five years. *See* Exhibit 1, Letter from Weldon Cook to Judge Jackson. He has a sponsor and is active in an AA home group. *Id.* While his friends were scared for his recovery due to these charges and the potential of being incarcerated, Culbertson "has handled the situation as good" as anyone could have hoped. *Id.*

V.  **The Need for Adequate Deterrence and to Avoid Unwarranted Sentence Disparities**

For violating 40 U.S.C. § 5104(e)(2)(G), Culbertson faces up to six months of imprisonment and a fine of up to $5,000. ECF No. 12. He has also agreed to pay restitution under the terms of his Plea Agreement. *Id.*

Despite the Government's assertions, Culbertson is remorseful for his actions and has no desire to be involved in any type of political activity. The year he has spent on pretrial supervision along with a term of probation would serve as both general deterrence to the public

and specific deterrence to Culbertson.

The most readily available comparison to Culbertson's case is that of the Gallmans. Their conduct was virtually identical. William and Joei Gallman were each ordered to serve 18 months on probation, pay a $1,000 fine and restitution. Culbertson is asking this Court to impose an identical sentence in this case.

The Government asserts that Culbertson needs a "stiffer sentence" than the Gallmans because he "has not been consistently and genuinely remorseful" so "there is a heightened need for specific deterrence as to Culbertson." *Government's Sentencing Memorandum*, p. 17. However, in its Sentencing Memorandum in the Gallman case, the Government stated, "While William Gallman was generally cooperative, forthcoming, and truthful in each interview, his account of the group's exit from the Capitol building differed slightly from the events captured by video surveillance." *U.S. v. Gallman*, 1:23-48-ABJ, ECF No. 42, at p. 11-13. Additionally, Joei Gallman "falsely stated that she did not know the other man in the photo (*i.e.,* Culbertson)" and "minimized her responsibility for her actions on January 6." *Id.* During their interviews with the FBI neither Gallman showed any more remorse than that initially shown by Culbertson. Those around him "believe [Culbertson] has learned a valuable and long lasting lesson and [are] positive he will not be involved in any similar actions going forward." *See* Exhibit 2, Letter from Rev. Albert Bucklew to Judge Jackson.

The Government is asking for an additional 18 months of probation along with 30 days of home detention and 50 hours of community service in lieu of the $1,000 fine the Gallmans were ordered to pay. Culbertson submits to the Court that he can pay a $1,000 fine. As noted above, Culbertson was involved in a motorcycle accident that has limited his ability to work as a full-

time professional painter. However, he is in the process of filing for disability and foresees no problem in paying a fine.

## VI.  Conclusion

For the reasons set forth in this Memorandum, and for additional reasons as may be set forth at sentencing, Culbertson respectfully requests that this Court sentence him to 18 months probation.

                Respectfully submitted,

                *s/ Lora Blanchard*
                Lora Collins Blanchard, Fed. ID # 9677
                Assistant Federal Public Defender
                District of South Carolina
                75 Beattie Place, Suite 950
                Greenville, South Carolina 29601
                (864) 235-8714
                lora.blanchard@fd.org

October 25, 2023