09/14/23

Federal Public Defender
Two Liberty Square
75 Beattie Place, Suite 950
Greenville S.C.  29601

Honorable, Amy B. Jackson United States District Judge:

My name is Weldon Cook and I am a life long resident of Greenville County. I am 69 years old, own a small HVAC business, and am an active member of Alcoholics Anonymous since the mid 1980's.

I have known Alan for over 5 years thru AA. He is sober today only by the grace of a loving God and the fellowship of our program. Alan has a sponsor and is active in our home group. I learned about the charges against Alan and was scared for his recovery and the possibility of his incarceration. He has handled the situation as good as I had hoped. He has talked about the incident with close friends and I don't believe he will ever be involved in this activity again.

Alan owns his own painting company, and is hard working and AA minded. I believe he got caught up in the hoopla of the Trump movement and made a serious mistake. I think he wants to live an honorable life, and with the support of his friends and family in AA he has a great chance to never put himself in this situation again.

Sincerely,

Weldon Cook
Fountain Inn S.C.  29644