Sept 13, 2023

To Honorable: Judge Amy Jackson;

I am writing this letter on behalf of Allan Scott Culbertson; whom I have known for six years. I have worked with Scott on projects during renovating homes.

Scott is a painter by trade and as a result of us working together a friendship has formed.

Scott is not a violent man and will lend a helping hand whenever needed. Because of our friendship I can without a doubt state that the offense that Scott is being accused of committing is out of character for the man I know. I believe Scott was not there to cause or commit harm to any person or property.

As far as remorse, I believe Scott has learned a valuable and long lasting lesson and I am positive he will not be involved in any similar actions going forward.

Scott is indeed steady working on improving his life and putting this offense behind him.

As a friend I intend to give Scott my full support; this will include physical and spiritual support as we continue our friendship.

Sincerely;


Rev. Albert Bucklew

Easley, South Carolina 29642